Judge Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-379 RSM |
| Plaintiff, ) | |
| ) | ORDER FOR NEW |
| v. ) | TRIAL DATE |
| ) | |
| DESMONE BASTAIN, ) | |
| Defendant. ) | |
| ) | |

This matter having come before the undersigned Court by joint motion of counsel, the United States through the United States Attorney for the Western District of Washington, Susan M. Roe, Assistant United States Attorney for said district, and the defendant through counsel, Jeffrey A. Lustick, the Court being fully advised in the matter, now finds that

The trial was scheduled for January 2, 2007. The defendant will waive speedy trial rights until February 15, 2007, which is beyond the new trial date of February 5, 2007. The motion is made because of scheduling difficulty putting on evidence before the Grand Jury hearing this matter in anticipation of a superseding indictment, and is made because of schedule conflicts with counsel and with the court holidays at this time of year. Counsel have been diligent in addressing this matter and the parties believe that this continuance is necessary so counsel can discuss resolution of this matter.

The Court is aware that time limitations for trial and speedy trial concerns are set

ORDER/BASTAIN - 1
CR06-379 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

forth in Title 18, United States Code, Section 3161.

Section 3161(h) outlines the periods of excludable time, including:

> (8)(A) Any period of delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. No such period of delay resulting from a continuance granted by the court in accordance with this paragraph shall be excludable under this subsection unless the court sets forth, in the record of the case, either orally or in writing, its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

In this matter, the Court finds that further time is reasonable and necessary as the requested time is within the speedy trial time period. Further, that the ends of justice are served by the requested continuance as this Title 21 trial. This case has few civilians witnesses and no specific victims, therefore the rights of victims to a speedy trial are not effected by this continuance. Therefore, the trial date is continued from January 24, 2007 until February 5, 2007.

Dated this 30th day of November, 2006.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Susan M. Roe
SUSAN M. ROE
Assistant United States Attorney
WSBA 13000
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3903
Telephone: 206/553-1077
Fax: 206/553-0755

ORDER/BASTAIN - 2
CR06-379 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  E-mail: susan.roe@usdoj.gov

ORDER/BASTAIN - 3
CR06-379 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970