Judge Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DESMONE BASTIAN, )<br>)<br>Defendant. )<br>) | NO.   CR06-379 RSM<br><br>ORDER FOR NEW<br>TRIAL DATE |

This matter having come before the undersigned Court by joint motion of counsel, the United States through the United States Attorney for the Western District of Washington, Susan M. Roe, Assistant United States Attorney for said district, and the defendant through counsel, Jeffrey A. Lustick, the Court being fully advised in the matter, now finds that

The trial was scheduled for February 5, 2007. The defendant will waive speedy trial rights until July 31, 2007, which is beyond the new trial date of July 16, 2007. The motion is made because of a substitution of defense counsel, a continuing investigation including gathering records and evidence from a foreign country with the resulting scheduling difficulty putting on evidence before the Grand Jury hearing this matter in anticipation of a superseding indictment, and is made because of schedule conflicts with counsel. Counsel have been diligent in addressing this matter and the parties believe that this continuance is necessary so counsel can discuss resolution of this matter.

ORDER FOR TRIAL CONTINUANCE/BASTIAN - 1
CR06-379 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     The Court is aware that time limitations for trial and speedy trial concerns are set

2 forth in Title 18, United States Code, Section 3161.

3     Section 3161(h) outlines the periods of excludable time, including:

4     (8)(A) Any period of delay resulting from a continuance granted by any judge on his own motion or at the request of
5 the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on
6 the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and
7 the defendant in a speedy trial.  No such period of delay resulting from a continuance granted by the court in
8 accordance with this paragraph shall be excludable under this subsection unless the court sets forth, in the record of the
9 case, either orally or in writing, its reasons for finding that the ends of justice served by the granting of such continuance
10 outweigh the best interests of the public and the defendant in a speedy trial.

11

12     In this matter, the Court finds that further time is reasonable and necessary as the

13 requested time is within the speedy trial time period.  Further, that the ends of justice are

14 served by the requested continuance as this trial.  This case has few civilians witnesses

15 and no specific victims, therefore the rights of victims to a speedy trial are not affected by

16 this continuance.  Therefore, the trial date is continued from February 5, 2007 until

17 July 16, 2007.

18     Dated this __30__ day of January, 2007.

19

20                                           RICARDO S. MARTINEZ
21                                           UNITED STATES DISTRICT JUDGE

22

23 Presented by:

24 s/Susan M. Roe
SUSAN M. ROE
Assistant United States Attorney

25

26 s/Jeffrey A. Lustick
JEFFREY A. LUSTICK
27 Attorney for the Defendant

28

ORDER FOR TRIAL CONTINUANCE/BASTIAN - 2
CR06-379 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970